UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRICARD CO. LTD., | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 16-00196 (ABJ) |
| REPUBLIC OF NIGER, | ) |
| Respondent. | ) |

## ORDER

Pursuant to 28 U.S.C. § 1608(e) and Federal Rule of Civil Procedure 58, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that petitioner's Motion for Default Judgment and Confirmation of Arbitration Award [Dkt. # 14] is **GRANTED**. It is

**FURTHER ORDERED** that judgment shall be entered in favor of petitioner in the amount of $46,128,410.46.

**SO ORDERED**.

AMY BERMAN JACKSON
United States District Judge

DATE:  September 27, 2016