AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**
**SEP 2 7 2016**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| AFRICARD CO. LTD. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 16-cv-00196 (ABJ) |
| REPUBLIC OF NIGER ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:
ORDER granting [14] Motion for Default Judgment. Judgment shall be entered in favor of petitioner in the amount of $46,128,410.46.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Amy Berman Jackson   on a motion for Default Judgment

Date: 09/27/2016

ANGELA D. CAESAR, CLERK OF COURT

*signature*
John T. Haley
*Signature of Clerk or Deputy Clerk*