CO 226
Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Africard Co. Ltd.

_____
Plaintiff(s)

vs.                                           Civil Action No.: 1:16-cv-196

Republic of Niger

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the default judgment ☑ (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Republic of Niger
c/o Ibrahim Yacouba
Ministry of Foreign Affairs of Niger
BP 396
Niamey, Niger

by: (check one)   ☐   registered mail, return receipt requested
                  ☑   DHL

pursuant to the provisions of: (check one)
                  ☐   FRCP 4(f)(2)(C)(ii)
                  ☑   28 U.S.C. § 1608(a)(3)
                  ☐   28 U.S.C. § 1608(b)(3)(B)

I certify that this method of service is authorized by the domestic law of (name of country): Republic of Niger_____, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Mark D. Beckett
(Signature)

Mark D. Beckett
Chadbourne & Parke LLP
1301 Avenue of the Americas
New York, NY 10019-6022

(Name and Address)