UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRICARD CO. LTD., <br><br> *Petitioner*, <br><br> v. <br><br> REPUBLIC OF NIGER, <br><br> *Respondent*. | Civil Action No: 1:16-cv-196(ABJ) |

**DECLARATION OF JOHN P. FIGURA**

I, John P. Figura, declare as follows:

1. I am an attorney with the law firm of Chadbourne & Parke LLP, counsel to Petitioner Africard Co. Ltd. ("Africard").

2. As such, I am fully familiar with the facts set forth herein.

3. I submit this Declaration in support of Africard's opposition to Republic of Niger's Motion to Vacate a Default Judgment and Dismiss a Petition to Confirm a Foreign Arbitral Award and to its Emergency Motion to Stay Enforcement and Execution of Default Judgment, and in support of Africard's Motion to Strike.

4. I understand that during a conference before this Court on June 6, 2017, counsel for the Republic of Niger ("Niger") spoke to the Court regarding Africard's efforts to obtain execution of a judgment of this Court upon real property owned by Niger located at 5 East 80th Street, New York, New York (the "Property"). As shown by a transcript of that conference, a copy of which is attached hereto as Exhibit 1 ("6/6/17 Tr."), counsel stated, "They [Africard] struggled with the state marshal for a while to get them to do it, apparently, because we did some

research on that. And then finally, when he said I can't do this, they finally went to the federal marshal to get it done." (6/6/17 Tr. at 12:6-10.)

5. This account by Niger's counsel is not, to my knowledge, accurate.

6. During February 2017 and March 2017, counsel for Africard communicated with representatives of the Office of the Sheriff of New York County concerning the possible sale of the Property by the Sheriff at public auction pursuant to an Order issued by the United States District Court for the Southern District of New York ("SDNY Court") in the civil action *Africard Co. Ltd. v. Republic of Niger*, No. 1:16-mc-00370-P1. (DE 32-24.) I am unaware of any entity in New York known as a "state marshal." (*See* 6/6/17 Tr. at 12:6.)

7. On March 27, 2017, Joseph Fucito, the Sheriff of New York County, informed me by telephone that the Office of the Sheriff could arrange an auction for the sale of the Property and stated that it would be necessary to obtain an order from a court providing for substitute service on Niger.

8. On April 10, 2017, the SDNY Court issued an order for substitute service on Niger. A copy of a docket report reflecting that April 10, 2017 order is attached hereto as Exhibit 2. (*See* Ex. 2 at 6.)

9. Africard did not, however, request that the Office of the Sheriff facilitate an auction of the Property. Instead, Africard requested that the United States Marshals Service for the Southern District of New York ("U.S. Marshal") facilitate the auction.

10. On April 24, 2017, Michael Greco, United States Marshal for the Southern District of New York, issued a Notice of Sale, a copy of which is attached hereto as Exhibit 3, stating that the Property would be sold at a public auction on June 27, 2017.

11. Also attached hereto, as Exhibit 4, is a Memorandum in Support of an Order to Show Cause filed by Africard before the SDNY Court on January 10, 2017.

12. Africard has made no prior application to this Court or any other for the relief sought in its pending motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 9, 2017
       New York, New York

                                                          John P. Figura