UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRICARD CO. LTD., <br><br> *Petitioner,* <br><br> v. <br><br> REPUBLIC OF NIGER, <br><br> *Respondent* | Civil Action No: 1:16-cv-196(ABJ) |

## DECLARATION OF EMMANUEL KASPEREIT

I, Emmanuel Kaspereit, declare as follows:

1. I am an attorney for the law firm Archipel, located in Paris, France, attorneys for Petitioner Africard Co. Ltd. ("Africard") in connection with court proceedings involving Respondent Republic of Niger ("Niger"), including proceedings concerning execution upon property of Niger pursuant to an order of the High Court of Paris confirming an arbitration award rendered under the auspices of the Common Court of Justice and Arbitration ("CCJA").

2. I understand that counsel for Niger informed this Court during a conference on June 6, 2017, that "There are proceedings pending in France . . . . There has been a stay, a prevention of execution on assets way over the amount of what we [Niger] have here since July of last year. . . . But for the moment there has been a stay or a failure for the courts to go forward to execute in France since 2016." Declaration of John P. Figura at 17:8-15.

3. This statement is not, to my knowledge, correct. I am aware of no stay that has been issued by any court in France on execution upon Niger's property in connection with proceedings involving Niger and Africard.

4.I am familiar with seven proceedings outside the United States in which Niger has alleged that Africard engaged in fraudulent conduct in connection with the arbitration award rendered under the auspices of the CCJA.  These include proceedings before the CCJA in Abidjan, Côte d'Ivoire, the Enforcement Judge of the High Court of Nanterre, France, the Enforcement Judge of the High Court of Paris (three parallel proceedings), the President of the High Court of Paris, France, and an arbitration tribunal to be constituted under the auspices of the International Chamber of Commerce.  All of these proceedings are pending, and I am unaware of any decision by any of these tribunals finding that Niger's allegations of fraudulent conduct are meritorious or that Niger has produced convincing evidence to support such allegations.

5.Attached hereto as Exhibit 1 is a copy of Judgment No. 004/15, dated December 28, 2015, issued by the Joint Tribunal of the Court of Appeal of Niamey, Niger.  This document has been filed by my firm in litigation before the Enforcement Judge of the High Court of Nanterre.

6.Attached hereto as Exhibit 2 is a copy of Injunction Order No. 13/16, dated October 25, 2016, issued by the Republic of Niger Council of State.  This document has been filed by my firm in litigation before the Enforcement Judge of the High Court of Nanterre.

7.Attached hereto as Exhibit 3 is a copy of a Motion for Review dated December 30, 2016 and filed by Niger before the CCJA on January 10, 2017.  This document has been filed by Niger's attorneys, notably in litigation before the Enforcement Judge of the High Court of Nanterre.  The English translation of this document is provided in excerpted form.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 9, 2017
          Paris, France

_____
          Emmanuel Kaspereit