UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AFRICARD CO. LTD.,            CASE NO. 16-CIV-00196 (ABJ)

          Petitioner,

V.                                    Supplemental Declaration
                                       Of Leila H. Idrissa Tino

REPUBLIC OF NIGER,

          Respondent.

---

Leila H. Idrissa Tino, being duly sworn, deposes and states as follows:

1. I am the Election Officer of the Permanent Mission of the Republic of Niger to the United Nations ("Mission"). My duties include the administrative and financial oversight of the Mission's diplomatic activities here in New York. As part of those duties I oversea the Missions activities regarding the building located at 5 East 80th Street in New York City, owned by the Republic of Niger. ("Niger Townhouse")

2. In an effort to obtain a bond, to be arranged by the Blaikie Group, to secure the registered judgment that has been obtained by Africard in this matter, we met with the bankers with which Niger does business in the United States to try and arrange a credit line to secure the underwriters that would be willing to provide a bond for Niger in this matter. This was done before we instructed our attorneys in this matter to commence proceedings.

3. We were advised by our bankers that they would be unable to provide a credit line, nor provide a credit line secured against the Niger Townhouse. They

explained that the bank was actually closing down credit lines for other sovereign nations that were fully collateralized by cash deposits because of the risk the banks were no longer willing to take..

4. We then asked whether another bank they could recommend might be willing to provide such a credit line. They replied that they had no other bank to recommend that they were aware of that might be extending credit lines to sovereign nations.

_____
Leila H. Idrissa Tino

Sworn to before me
this 9TH day of
June , 2017.

_____
Notary Public

MICHAEL FRANCIS CREED 6/9/17
Notary Public - State of New York
NO. 01CR6254579
Qualified in New York County
My Commission Expires Jan 17, 2020