**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

**AFRICARD CO. LTD.,**

*Petitioner,*

v.

**REPUBLIC OF NIGER,**

*Respondent.*

Civil Action No: 1:16-cv-196(ABJ)

---

## STATUS REPORT

Petitioner Africard Co. Ltd. submits this status report to update the Court regarding the status of proceedings before courts in France in which Respondent Republic of Niger ("Niger") has raised allegations similar to those raised by Niger in its motion for stay and vacatur filed with this Court June 5, 2017.  (DE 32.)  On September 6, 2017, the High Court of Paris issued an order of Summary Judgment concerning certain petitions by Niger.  *See* Declaration of Christopher D. Man, Ex. A.  The parties' arguments are set forth at pages 2 through 5 of the Summary Judgment and the court's opinion at pages 5 through 8.

In its order, the court rejected Niger's petitions for (a) a stay of proceedings, (b) judicial review of an enforcement order of the French court, (c) withdrawal of that order, (d) an expert opinion, and (e) compensation for alleged damages suffered.  *See* Man Decl., Ex. A at 8.  The court rejected Africard's petition for "damages as regards improper proceedings" but ordered Niger to pay Africard 10,000 euros in costs, plus expenses.  *Id.*

Dated:  September 12, 2017

<u>*/s/* Christopher D. Man</u>
Christopher D. Man
D.C. Bar No. 453553
NORTON ROSE FULBRIGHT US LLP
1200 New Hampshire Avenue, NW
Washington, DC  22306
(202) 942-6479
christopher.man@nortonrosefulbright.com

Thomas J. McCormack
John P. Figura
Jacob Laksin
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY  10019
(212) 408-5100
thomas.mccormack@nortonrosefulbright.com
jack.figura@nortonrosefulbright.com
jacob.laksin@nortonrosefulbright.com

*Attorneys for Petitioner Africard Co. Ltd.*