UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**AFICARD CO. LTD.,**                                  Civil Action No. 1:16-cv-196 (ABJ)

        *Petitioner*,

   **V.**

**REPUBLIC OF NIGER,**

        *Respondent*.

_____

## SUPPLEMENT TO STATUS REPORT

The Republic of Niger respectfully submits this supplement to the status report filed on September 12, 2017 by Africard Co. Ltd. As set forth in the Declaration of Anthony J. Mavronicolas and the Declaration of Niger's French counsel, Vincent Bénézech, (1) the September 6, 2017 decision of the "Président du Tribunal de Grande Instance de Paris" ("French Judgment Court") declined to stay the proceedings before the French Judgment Court, and rather than vacate the French judgment entered on the arbitration award, found that the ICCJA, in Abidjan, Ivory Coast, now considering the challenge to that arbitration award, was the proper forum for challenging the arbitration award, and (2) the attachment of Niger's assets in France, were the subject before the "Juge de l'Exécution du Tribunal de Grande Instance Nanterre (the

"Nanterre Attachment Judgment") who issued a stay of the attachment on July 13, 2017, which still remains in effect today.

                Respectfully submitted,

                THE REPUBLIC OF NIGER

By: /s/ Alexander N. Breckinridge, V
     Alexander N. Breckinridge. V
     D.C. Bar No. 983736
     Jones Walker LLP
     201 St. Charles Ave, 49th Floor
     New Orleans, Louisiana  70170
     Telephone:  (504) 582-8000
     Facsimile:  (504) 589-8138
     aBreckinridge@joneswalker.com

          *and*

Anthony J. Mavronicolas
(*pro hac vice*)
Peter C. Dee
(*pro hac vice*)
Mavronicolas & Dee LLP
415 Madison Avenue, 18th Floor
New York, New York 10017
amavronicolas@mavrolaw.com
pdee@mavrolaw.com
Telephone:  (646) 770-1256

*Attorneys for Respondent*
*Republic of Niger*