# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AFRICARD CO. LTD., <br><br> *Petitioner,* <br><br> v. <br><br> REPUBLIC OF NIGER, <br><br> *Respondent* | Civil Action No: 1:16-cv-196(ABJ) |

## DECLARATION OF RAPHAEL KAMINSKY

I, Raphael Kaminsky, declare as follows:

1. I am an attorney at the law firm Teynier Pic, counsel for Africard Co. Ltd. ("Africard"), located in Paris, France, in connection with court proceedings involving the Republic of Niger ("Niger").

2. I understand that Niger has previously indicated to the Court that no hearing will take place before the Common Court of Justice and Arbitration ("CCJA") in the Ivory Coast in connection with Niger's petition for judicial review of the arbitral award because "neither Africard nor Niger have requested such hearings[.]"  (DE 70).

3. To my knowledge, this statement is incorrect.  I understand that, by a letter dated May 2, 2017, Africard's counsel before the CCJA, Cheick Diop, requested that the CCJA hold an oral hearing to address certain topics not raised in the parties' written submissions.  Attached concurrently with this Declaration as Exhibit 1 is a true and correct copy of Mr. Diop's letter to the CCJA.  To the best of knowledge, the CCJA has not responded Mr. Diop's letter.

2

4.	While an oral hearing is not strictly required under the CCJA rules, I understand that such a hearing is typically provided in matters before the CCJA, when requested by the parties.  Accordingly, Africard expects such a hearing to take place in connection with Niger's petition, although the CCJA has not yet responded to Africard counsel's letter sent nearly ten months ago.  In addition, Africard does not expect the CCJA to render its decision on Niger's petition until after the hearing has taken place.

I declare under penalty of perjury the foregoing is true and correct.

Dated:  February 21, 2018
            Paris, France

_____
Raphael Kaminsky

# EXHIBIT 1

[Stamp:] CD & ASSOCIÉS

Abidjan, May 2, 2017

To: **The President
of the Court of Justice and Arbitration**

**ABIDJAN**

| | | | |
|---|---|---|---|
| **REF. NO.**: | CD/RKL/C/0205/2017/5 | [stamp:] | 05/02/2017 |
| **CASE**: | AFRICARD Co LIMITED | [initials] | [initials] |
| | V. THE STATE OF NIGER | | |
| **SUBJECT**: | PETITION FOR AUTHORIZATION TO MAKE AN ORAL PRESENTATION | | |

Dear President,

We deem it necessary to explain in person certain topics which cannot be expressed in writing and which we do not know how to present in the written documents we are filing with the Court today.

We therefore respectfully petition for your approval to make an oral presentation.

We thank you in advance for considering our petition.

Please accept, Madam President, the expression of our most humble respect.

Wishing you the very best,

[Stamp:]   CD & ASSOCIÉS
[handwritten signature]

### Cheick DIOP
*Ph.D. in Corporate Law, Paris II
Degree from the Institute of Higher International Studies, Paris II
President of the OHADA Commission of the International Attorneys Union*
**Attorney**
*With the Ivory Coast Bar Association
With the International Criminal Court of The Hague*

& ASSOCIES

Abidjan, le 2 mai 2017

Madame la Présidente
de la Cour Commune de Justice et d'Arbitrage

**ABIDJAN**

**N/REF.** : CD/RK/L/C/0205/2017/5

**AFFAIRE** : AFRICARD Co LIMITED

C/ ETAT DU NIGER

**OBJET** : DEMANDE D'AUTORISATION DE PRESENTER DES OBSERVATIONS ORALES

02.05. 2017

Madame la Présidente,

Estimant nécessaire d'expliciter de vive voix certains points qui dépassent l'écrit et que nous ne savons où les placer dans les observations écrites que nous déposons ce jour devant votre Cour,

Nous sollicitons respectueusement votre autorisation aux fins de présenter des observations orales.

Dans l'espoir que notre demande sera accueillie favorablement,

Nous vous prions d'agréer, Madame la Présidente, l'expression de nos hommages les plus respectueux.

Vous en souhaitant bonne réception,

Cheick DIOP
Docteur en Droit des Affaires, Paris II
Diplômé de l'Institut des Hautes Etudes Internationales, Paris II
Président de la Commission Ohada de l'Union Internationale des Avocats
*Avocat*
Près le Barreau de Côte d'Ivoire
Près la Cour Pénale Internationale, La Haye, Pays-Bas

**TARGEM TRANSLATIONS**

T 718 384 8040
F 718 388 3516
E info@targemtranslations.com
W TargemTranslations.com

# CERTIFIED TRANSLATION

I, Wolf Markowitz, Manager at Targem Translations, Inc., located at 143 Rodney Street in Brooklyn, New York, a language service firm with a track record of providing expert language services to the business and legal community of more than 50 years, do hereby certify that our team of translators, editors and proofreaders are professionally trained and vastly experienced in providing professional translations, from French to English and vice versa; and they have professionally translated the document referenced as **"Petition for Authorization to Make an Oral Presentation"** from French to English, faithfully, accurately and completely, to the best of their expertise and experience.

Date: February 21, 2018

_____
Wolf Markowitz

_____
Signature of Notary

ROCHAL WEISS
NOTARY PUBLIC-STATE OF NEW YORK
No 01WE6293785
Qualified in Kings County
My Commission Expires 12-16-2021

**TARGEM TRANSLATIONS | Headquarters**
143 Rodney Street, Brooklyn, NY 11211

**OFFICES** | New York, California, and Asia