UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

**JUL 25 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AFRICARD CO. LTD.,

        *Petitioner,*

        v.

REPUBLIC OF NIGER,

        *Respondent.*

Civil Action No: 1:16-cv-196 (ABJ)

**STIPULATION TO VACATE DEFAULT JUDGMENT AND DISMISS ACTION WITH PREJUDICE; ORDER**

The parties to this action, Petitioner Africard Co. Ltd. ("Africard"), and Respondent the Republic of Niger ("Niger"), through their respective attorneys of record herein, hereby agree and stipulate that:

1. The default judgment against Niger entered in this action on or about September 27, 2016 in the amount of $46,128,410.46 [Dkt. #26] be vacated pursuant to Fed. R. Civ. Pro. 60.

2. The above-captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

3. Africard shall immediately withdraw any claim, action or attachment made against the real property owned by Niger at 5 East 80th Street, New York, New York (the "Property").

4. The monies held in escrow by counsel for Africard pursuant to the Court's Minute Order of August 17, 2017 shall be released to an account to be designated by counsel for Niger within three (3) business days of entry of this Order.

5. Counsel for Niger shall advise Mr. Aby Rosen, the tenant of the Property, of his obligation to make all future rental payments to Niger, pursuant to the obligations of the lease agreement.

6. Counsel for Africard shall advise the United States Marshals Service of the entry of this Order and the dismissal of the above-captioned action.

July 19, 2018
New York, New York

*(signature)*
Thomas J. McCormack
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 408-5100
thomas.mccormack@nortonrosefulbright.com
*and*
Michael Bhargava
Norton Rose Fulbright US LLP
799 9th Street NW
Suite 1000
Washington, DC 20001

*Attorneys for Petitioner Africard Co. Ltd.*

*(signature)*
Peter C. Dee
Mavronicolas & Dee LLP
3 Park Avenue 15th Floor
New York, New York 10016
(646) 770-1256
amavronicolas@mavrolaw.com
*and*
Alexander N. Breckinridge
Jones Walker LLP
201 St. Charles Ave
New Orleans, LA 70170-5100

*Attorneys for Respondent Republic of Niger*

## ORDER

IT IS SO ORDERED

Dated: 7/24, 2018

*(signature)*
UNITED STATES DISTRICT JUDGE